UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

----------------------------------------------------------X

JENNIFER VALYS
Plaintiff

v. CA No.:06-

GRETA COTTRELL
Defendant

----------------------------------------------------------X

CA 06 137

**COMPLAINT**

Plaintiff, complaining of the defendant, says as follows:

**FIRST CAUSE OF ACTION**

1. Jurisdiction is founded on diversity of citizenship and amount in controversy.

2. At all times herein pertinent, defendant was, and upon information and belief still is, a resident of WYOMING, Rhode Island.

3. Plaintiff is and, at all pertinent times, was a resident of City of Dayville in the State of Connecticut.

4. The amount in controversy exceeds the amount necessary to vest jurisdiction in this Court (28 U.S. Code Section 1332).

5. That at all times herein pertinent, the defendant, GRETA COTTRELL defendant was the operator of a motor vehicle proceeding at or near the intersection of Routes 101 and 102 also known as Hartford Pike and Chopmist Hill Road in the town of Scituate, State of Rhode Island.

6. That at all times herein pertinent, the defendant, GRETA COTTRELL was the owner of a motor vehicle proceeding at or near the intersection of Routes 101 and 102 also known as Hartford Pike and Chopmist Hill Road in the town of Scituate, State of Rhode Island.

7. That the vehicle owned and operated by the defendant was a Toyota with Rhode Island registration Number 131430.

8. That at all times herein pertinent, the plaintiff, JENNIFER VALYS was operating Nissan motor vehicle at or near the intersection of Routes 101 and 102 in the Town of Scituate in the State of Rhode Island.

9. That on or about October 5, 2005 the vehicle operated by the defendant and the vehicle operated by the plaintiff collided.

10. That as a result of the foregoing the plaintiff, Jennifer Valys suffered severe grievous and permanent personal injuries, pain and suffering, incurred expenses for health care services including medical and hospital treatment and other special damages, continues to date to suffer from the effects of this collision has suffered personal injuries that are permanent in nature and upon information and belief suffered damages and injuries that will have permanent sequllae.

11. That the aforesaid occurrence was caused by reason of the carelessness and negligence of the defendant in failing to yield the right of way, in failing to keep a proper lookout, in failing to make prompt and timely use of proper and sufficient brakes, horns, and signaling devices, in failing to obey existing traffic control signals, in failing to stop for a red light, in failing to adequately warn the plaintiff, in negligently and carelessly operating a motor vehicle at a greater rate of speed than care and caution would permit under the circumstances in violating statutes of the State of Rhode Island and in being otherwise careless and negligent.

12. That the negligence and carelessness of the defendant was the proximate cause of the injuries and damages sustained by the plaintiff.

18. As a result of the foregoing the plaintiffs have been damaged in an amount which vests jurisdiction in this Court and demand appropriate recompense.

WHEREFORE, the plaintiff demands damages which are fair and reasonable.

**JURY DEMAND**

Plaintiff demands a trial by Jury.

Dated this 23rd day of March 2006.

Bennett J. Bergman (#5364)
Attorney for Plaintiff
750 East Avenue
Pawtucket, RI 02860
Telephone: (401) 723-1010
Fax: (401) 723-2020