**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes the defendant, Greta Cottrell and for her answer to plaintiff's Complaint states as follows:

1. Defendant denies the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Defendant admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Defendant admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11. Defendant denies the allegations contained in Paragraph 11 of Plaintiff's Complaint.

18. (sic) Defendant denies the allegations contained in Paragraph 12 of Plaintiff's Complaint.

Defendant,
By her Attorney,

Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street
Providence, RI 02903
(401) 331-1434

**DEFENDANT DEMANDS A TRIAL BY JURY.**

## CERTIFICATION

I hereby certify that I mailed a copy of the within to, Bennett Bergman, 750 East Avenue, Pawtucket, Rhode Island 02860 on this 12th day of April 2006.