**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the Defendant, Greta Cottrell and moves that Plaintiff, Jennifer Valys, be compelled to answer those Interrogatories propounded on April 12, 2006. The defendant files this Motion pursuant to Federal Rules of Civil Procedure 37. As reason therefore, the plaintiff refers to the Memorandum of Law attached hereto and made a part hereof. Defendant, herein requests a 30 day Order.

Defendant,
By her Attorney,

/s/ Anthony J. Gianfrancesco____________

Anthony J. Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certify that a true and accurate copy of the above motion to compel answers to interrogatories will be forwarded via the ECF system to **Bennett Bergman, Esq.** on this 8th day of September, 2006.

/s/ Anthony J. Gianfrancesco____________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

**MEMORANDAUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

The defendant, Greta Cottrell, propounded interrogatories upon the plaintiff, Jennifer Valys on April 12, 2006. More than 45 days has elapsed since these interrogatories were filed. The plaintiff has made a good faith attempt to obtain this information without success. Therefore, the defendant, Greta Cottrell moves that this Court enter an order compelling the plaintiff, Jennifer Valys to answer said interrogatories.

Defendant,
By her Attorney,

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certify that a true and accurate copy of the above motion to compel answers to interrogatories will be forwarded via the ECF system to **Bennett Bergman, Esq.** on this 8th day of September, 2006.

/s/ Anthony J. Gianfrancesco