**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

v. C.A. NO.:06-137S

GRETA COTTRELL

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S REPSONSE TO DEFENDANT'S REQUEST FOR THE PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff, Jennifer Valys and Objects to Defendant's Motion to Compel Plaintiff's Response to Defendant's Request for the Production of Documents.

Plaintiff will provide her response to Defendant's Request for the Production of Documents on **September 18, 2006.**

Wherefore, Defendant's motion is MOOT.

Plaintiff,
By her Attorney,

Bennett J. Bergman, #5364
750 East Avenue
Pawtucket, RI 02860
(401) 723-1010
Fax (401) 723-2020

**CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing was mailed first class postage prepaid to:

Anthony Gianfranceso, Esq.
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903