**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Now comes the Defendant, Greta Cottrell and moves that Plaintiff, Jennifer Valys, be compelled to answer those Interrogatories propounded on April 12, 2006. The defendant files this Motion pursuant to Federal Rules of Civil Procedure 37. As reason therefore, the plaintiff refers to the Memorandum of Law attached hereto and made a part hereof. Defendant, herein requests a 30 day Order.

Passed for compliance
David L Martin
USMJ
9-25-06

Defendant,
By her Attorney,

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, suite 101
Providence, RI 02903
(401) 331-1434

## CERTIFICATION

The undersigned hereby certify that a true and accurate copy of the above motion to compel answers to interrogatories will be forwarded via the ECF system to **Bennett Bergman, Esq.** on this 8th day of September, 2006.

/s/ Anthony J. Gianfrancesco