**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

**JOINT MOTION OF PLAINTIFF AND DEFENDANT TO ETEND TIME TO COMPLETE DISCOVERY AND AMEND PRE-TRIAL ORDER**

For the reasons set forth in the accompanying Memorandum of Law, plaintiff, Jennifer Valys and defendant, Greta Cottrell respectfully request that the Honorable Court extend time to complete discovery from November 23, 2006 to January 23, 2007.

Defendant,
By her Attorney,

/s/ Anthony J. Gianfrancesco____________

Anthony J. Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certify that a true and accurate copy of the above motion will be forwarded via the ECF system to **Bennett Bergman, Esq.** on this 20th day of November, 2006.

/s/ Anthony J. Gianfrancesco____________