**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

# MEMORANDAUM IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR PRETRIAL DISCOVERY

The plaintiff and defendant hereby request this additional time as several witnesses have been identified that are located out-of-state and their depositions need to be taken. Arrangements are being made but the parties require additional time to file necessary paperwork, retain out-of-state counsel and too arrange the depositions.

Defendant,
By her Attorney,

/s/ Anthony J. Gianfrancesco____________
Anthony J. Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, suite 101
Providence, RI 02903
(401) 331-1434

## CERTIFICATION

The undersigned hereby certify that a true and accurate copy of the above memorandum will be forwarded via the ECF system to **Bennett Bergman, Esq.** on this 20th day of November, 2006.

/s/ Anthony J. Gianfrancesco_____________