**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

**DEFENDANT'S MOTION FOR ISSUANCE OF NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM PURSUANT TO LETTERS ROGATORY**

Now comes the Defendant, Greta Cottrell and hereby moves this Honorable Court for an Order for issuance of a Notice of Deposition and Subpoena Duces Tecum pursuant to Letters Rogatory to the following :

**Keeper of Records for:** **Timothy Cooper, M.D., Putnam Medical Associates, PC, 330 Pomfret Street, Putnam, Connecticut 06260**

As grounds therefore, the Defendant respectfully asserts that this matter arises out of an automobile accident which occurred on October 5, 2005 in Scituate, Rhode Island. Plaintiff has alleged serious personal injuries as a result of said accident. Dr. Timothy Cooper is Plaintiff's primary care physician and treated Plaintiff on at least one occasion as a result of said accident. Furthermore, through the course of discovery, it has become apparent that Plaintiff had prior injuries either same or similar as the injuries alleged herein and was treated by Dr. Timothy Cooper.

Based upon the foregoing, Plaintiff has placed her medical condition at issue in the within controversy and the prior medical records of said physician are relevant and likely to lead to the discovery of admissible evidence. Defendant is seeking medical records from Dr. Cooper for a period of five (5) years prior to the subject loss to the present.

WHEREFORE, Defendant requests and Order for the ISSUANCE OF NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM PURSUANT TO LETTERS ROGATORY in accordance with the notice and subpoena attached hereto.

Defendant,
By her Attorney,

/s/ Anthony J. Gianfrancesco

Anthony J. Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certify that a true and accurate copy of the above motion will be forwarded via the ECF system to **Bennett Bergman, Esq.,** **Bennett@bergmanrilaw.com** on this 7th day of December, 2006.

/s/ Anthony J. Gianfrancesco