*Keeper of Records*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

**To: Keeper of Records for Timothy Cooper, M.D., Putnam Medical Associates PC, 330 Pomfret Street, Putnam Connecticut 06260**

YOU ARE HEREBY COMMANDED, in the name of the STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, to appear at the Offices of BALUCH, GIANFRANCESCO, MATHIEU & ALGER, 155 South Main Street, Suite 101, Providence, Rhode Island 02903 within the County of Providence, on the 15th day of January, 2007 at 10:30 o'clock a.m., to testify in the above action and bring with you:

**See attachment**

HEREOF FAIL NOT, as you will answer your default under the penalty of the law in the behalf made and provided.

Dated at Providence the ______ day of ______________ in the year 2006.

________________________________

Notary Public
Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Return of Service

I served this subpoena on the within named

_________________________________________

by delivering a copy to h__ and tendering to h__ $____________ as fees for one day's attendance and mileage.

_________________________________________

Subscribed and sworn to before this ______________ day of ________________, 200__.

_________________________________________
Notary Public

NOTE: Affidavit required only if service made by a person other than a sheriff or his deputy.

Acknowledgment

Due and legal service of this subpoena is hereby acknowledged, and the receipt of legal fees for travel and one day's attendance.

_________________________________________