**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

**NOTICE OF INTENTION TO TAKE DEPOSITION**

On the **15th** day of **JANUARY, 2007**, at **10:30 A.M.**, the deposition upon oral examination, under oath of the person (witness) listed below will take place at the offices of:

Law Offices of
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, Rhode Island 02903

and shall continue thereafter as necessary. If documents are requested, it will be so noted below and their description set forth on an attached exhibit or subpoena copy. This notice of deposition has been issued on behalf of the defendant, GRETA COTTRELL.

WITNESS/DEPONENT: Keeper of Records for
Timothy Cooper, M.D.
Putnam Medical Associates, PC
330 Pomfret Street
Putnam, Connecticut 06260

Documents Requested: Yes __XX__ No ________
(if yes, see attached exhibits or copies)

By: ________________________________
Anthony J. Gianfrancesc, Esq. (#2762)
BALUCH, GIANFRANCESCO
MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, Rhode Island 02903

**CERTIFICATION**

The undersigned hereby certify that a true and accurate copy of the above notice of deposition via first class mail, postage prepaid to **Bennett Bergman, Esq.,** 750 East Avenue, Pawtucket, Rhode Island 02860 and **Pat Aloisio**, Affiliated Court Reporters, 20 Pine Top Road, Barrington, Rhode Island 02806 on this day ______ of December, 2006.

______________________________________

**ATTORNEY CERTIFICATION**

I, Anthony J. Gianfrancesco, counsel for defendant, pursuant to R.I.G.L. §5-37.3-6.1, as amended, hereby certify that:

a) A copy of the within subpoena duces tecum was served upon plaintiff's legal counsel more that twenty (20) days prior to the date set for said deposition;

b) A notice of the right to challenge said subpoena was served upon the defendant' legal counsel more than twenty (20) days prior to the date set for said deposition; and

c) The plaintiff has placed his/her medical condition at issue in this instant litigation.

____________________________________

Anthony J. Gianfrancesco, Esq.

**A complete and certified copy the subpoenaed records may be forwarded no later that the date of the deposition to the Office of Anthony J. Gianfrancesco, Esquire, 155 South Main Street, Suite 101, Providence, Rhode Island 02903 in lieu of a live appearance at the Records Keeper deposition.**

## Attachment to Subpoena Duces Tecum/Deposition Notice

You are hereby commanded to forward true and accurate copies of any and all medical records or reports in your possession for the time period of October 5, 2000 up to and including the present date relative to medical treatment or care rendered to :

**Jennifer Valys ( DOB:05/06/1984), 1019 Upper Maple Street, P.O. Box 14, Dayville, Connecticut 06241.**