**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

VS. C.A. NO.: 06-137S

GRETA COTTRELL

**MOTION FOR ORDER COMPELLING MEDICAL EXAMINATION**

Now comes the Defendant, GRETA COTTRELL, pursuant to Rule 35 of the Federal Court Rules of Civil Procedure and hereby request this Court order the plaintiff JENNIFER VALYS to undergo an independent medical exanimation at a mutually agreeable time within thirty (30) days from the date of this Order with the following doctor: DR. THOMAS F. MORGAN, 34 JEFFERSON BOULEVARD, WARWICK, RI 02888 (401-467-7720). As grounds therefore, the defendant states that the plaintiff has claimed that she sustained a permanent disabling condition for which she is seeking compensation by the defendant.

Defendant,
By her Attorney,

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

The undersigned hereby certify that a true and accurate copy of the above motion to compel a medical examination will be forwarded via the ECF system to **Bennett Bergman, Esq., Bennett@bergmanrilaw.com** on this 7th day of December, 2006.

/s/ Anthony J. Gianfrancesco