**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

v. C.A. NO.:06-137S

GRETA COTTRELL

**JOINT MOTION OF PLAINTIFF AND DEFENDANT TO EXTEND TIME TO COMPLETE DISCOVERY AND AMEND PRE-TRIAL ORDER**

For the reasons set forth in the accompanying Memorandum of Law, plaintiff Jennifer Valys and defendant, Greata Cotrell respectfully request that the Honorable Court extend time to complete discovery from January 23, 2007 to March 27, 2007.

Plaintiff,
By her attorney,

/s/ Bennett J. Bergman
Bennett J. Bergman, #5364
750 East Avenue
Pawtucket, RI 02860

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above motion will be forwarded via the ECF system to Anthony Gianfrancesco, Esq. On this 24th day of January, 2007.

/s/ Bennett J. Bergman

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

v. C.A. NO.:06-137S

GRETA COTTRELL

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND AMEND PRE-TRIAL ORDER**

The plaintiff and the defendant hereby request this additional time. There is a Medical Examination by a physician selected by the defendant that is pending. In addition, there were two witnesses to this intersection collision. These witnesses (who are husband and wife) came forward and gave statements to the police. The defendant and the plaintiff have both tried to subpoena these witnesses for deposition. Both parties have been unable to locate the witnesses. Both parties made attempts through the United States Post Office to locate the witnesses which have failed to yield results. The plaintiff is in the process of making various additional efforts to locate these witnesses. The witnesses are crucial in that the case involves an intersection collision. Each party claims the other party was at fault. The witness statements given to the police support the plaintiff's claim that the defendant was at fault. The parties require additional time to locate these witnesses, serve subpoenas and to arrange their depositions, as well as complete remaining discovery.

Plaintiff,
By her attorney,

/s/ Bennett J. Bergman
Bennett J. Bergman, #5364
750 East Avenue
Pawtucket, RI 02860

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above motion will be forwarded via the ECF system to Anthony Gianfrancesco, Esq. On this 24th day of January, 2007.

/s/ Bennett J. Bergman