**AFFIDAVIT**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

v. CA NO.: 06-137S

GRETA COTTRELL

Being duly sworn and deposed, I, Suzanne Laplume, Paralegal to Bennett J. Bergman have taken the following steps to locate Walter Lewis DOB:12/20/52 and Kimberly Lewis DOB: 2/5/61, eye-witnesses to the collision that is the basis of this litigation:

1. Prior to December, 2006 I made numerous attempts to contact the witnesses Walter Lewis and Kimberly Lewis. Kimberly and Walter Lewis gave separate written statements to the Police Officer that responded to this collision. Both gave their address as 58 Griffin Street, Pascoag RI. Kimberly Lewis indicated in her statement that she is the wife of Walter Lewis. My efforts to locate them through telephone directories, telephone information and Internet search were fruitless.

2. On December 19, 2006 I requested a Change of Address or Boxholder Information Needed for Service with the Pascoag, Rhode Island branch of the United States Post Office. They received our request on December 22, 2006 and returned our request bearing “Not known at address given.” We have attached our request and the request for Change of Address Form as Exhibit A. In addition, the attorney for the defendant, Anthony Gianfrancesco, has indicated to us that he has tried to locate Mr. and Mrs. Lewis through the facilities of the U.S. Post Office without success. His request is attached is Exhibit B.

3. On January 18, 2007, I contacted Jason Bobor, a skip tracer employed with United Processing, Inc. After several telephone conversations with Mr. Bobor, he provided me with his report dated March 26, 2007. His report is attached as Exhibit C. He has been unable to locate these witnesses.

4. After investigating this matter and speaking with the Clerk of Court from the State of Rhode Island Bankruptcy Court, I discovered that it was possible that Mr. & Mrs. Lewis had filed for bankruptcy. The Clerk advised me that the last known address for Walter and Kimberly Lewis was 12 Park View Drive in Chepachet, Rhode Island. She also indicated that the attorney listed for Mr. & Mrs. Lewis was Peter Iascone.

5. In March of 2007, we hired Constable Robert Kilduff attempt to locate these witnesses and serve them with subpoenas for their depositions. After visiting the last known address for Walter and Kimberly Lewis in Pascoag, Rhode Island and the address from the bankruptcy records of 12 Park View Drive in Chepachet, Rhode Island and after speaking with neighbors at both locations, he was unable to locate them or ascertain their present address. Attached as Exhibit D is a copy of his Affidavit dated April 4, 2007.

6. After leaving several phone messages with Attorney Peter Iascone's office, I spoke with him (telephone 401-848-5200) on April 11, 2007. He retrieved the Lewis' file and the information that he had was telephone 401-567-0648 . We had previously called that number looking for Walter and Kimberly Lewis. That number now belongs to the Paley family. The only address known to him of his former clients was 12 Park View Drive in Chepachet, Rhode Island which we had previously investigated.

I believe that I have exhausted every process possible in efforts to find Walter and Kimberly Lewis. The only evidence concerning what Kim and Walter Lewis observed on the date of the collision are the written and signed witness statements that they gave to the Patrolman of the Scituate Police Department that are contained in the Police Report dated October 5, 2005 bearing report number 05-232.

Dated: April 12, 2007

Suzanne Laplume//s/
Suzanne Laplume

Before me on this 12th day of April, 2007, there personally appeared before me Suzanne Laplume who swore the truth of the statements contained in this Affidavit.

/s/ Sandra Garcia
Notary Public ID #:
My commission expires: 5/13/08

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above document and the exhibits referred to will be forwarded via the ECF system to Anthony Gianfrancesco, Esq. On this 23rd day of April, 2007.

/s/ Bennett J. Bergman