(LETTERHEAD)

(master, . Dale ~ ~ L1q/C;(-7

(_.t7LLL (-0% _3 -r
Pos
City, State, ZIP Code

Request for Change of Address or Boxholder Information Needed for Service of Legal Process

F;.:ase furn;::h the new address or the name and street address (if a boxholder) for

the following: Name:

Address: ~~ L-1 IL! ( `V'1j~ cYSS[L] t)

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.
The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxhoioer information. The tee for providing change of address information Is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g., proces~ server, attorney, party representing hlmself):

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting *pro se* - except a corporation acting *pro se* must cite statute):

3. The na` s of all known parties to lh liti ation: ~.~--
r-~

4. The court In 4Ich the case 4as been or will be heard: S ~.±..

5. The docket or o her Identifying number if one has been issued: ?z-~_ ~

6. The capacity In which this individual is to be served (e.g. defendant or witness): W I TN
C--L

WARNING

THE SUEiMfSSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information Is needed and will be used solely for ess in connection with actual or prospective litigation.
service of legal proc

Signature
ZANKET I.
Printed Name

/ 1 0 3 1 6 3 3 - .

. . I - --- - City, State, ZIP Code

FOR POST OFFICE USE ONLY

- No change o( address order on file. NE:N ADDRESS or

XHOLDER'S . POSTMA

Not known at address given.__-. NAME and STREET ADDRESS iiddress.

X

___ ~~Moved, left no forwarding~~

No such address.

(LETTERHEAD)

,Postmaster Date

City, State, ZIP Code

Request for Change of Address or Boxholder Information Needed for Service of Legal Process

F:.:ase furn: ,'. the new address or the name and street address (if a boxhoider) for the following:

Name:

Address:

NOTE: The name and last known address are required for change of address information. The name, if known, and post office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxhoider information. The fee for providing change of address information is waived in accordance with 39 CFR 265.6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g., process server, attorney, party representing himself): __t "f,

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or a party acting *pro se* - except a corporation acting *pro se* must cite statute):

3. The names of all known parties to the litigation:.~

4. The court In which the case has been or will be heard:

5. The docket or other Identifying number if one has been issued:

6. The capacity In which this individual is to be served (e.g. defendant or witness): -

WARNING

THE SUL'IN1fSS10~~ CF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORNIIATi^vPJ OR B^vXHOLvER IiJFORtJ'AT10m FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information Is needed and will be used solely for service of legal process in connection with actual or prospective litigation.

Signayure

Printed Name

XHOLDER'S . POSTMAR - Not known at address given., n-fnpA'aitling address. No such address.

Address .

m !

BO

X

Moved, left n

POS

State, ZIP Code

FOR POST OFFICE USE ONLY

- No change of address order on Me.

NEW ADDRESS or

NAME and STREET ADDRESS