DETECTIVE AGENCY

*SKIP TRACING * PROCESS SERVING * INVESTIGATIONS*

55 WEST WACKER 9TH FLOOR CHICAGO, IL 60601

Date: **03/26/07 Client:** **Bennett J. Bergman Attn: Suzanne Laplume**

**Client Ref #**: N/A

**Case:** **Valys, v. Cottyrell**

MAIN 312.629.0140 FAX 312.629.1814
www.unitedproc.com

We have caused a search/filing to be made of the following:

Re: **1) Km C. Lewis
02/05/1961 037-46-
XXXX**

**2) Walter E. Lewis, Jr. 12/20/1953 036-36-XXXX**

**Last Known Address**: 12 Park View Dr. **Chepachet, RI 02814**

A **search was conducted on the individuals listed above and it has appeared they are married or have an attachment with each other. The last known address also listed above is current as of March 2007 however it has been confirmed that the Lewis's no longer resides at that address. It seems that everything stops at this address. I attempted to locate any relatives and was unsuccessful.**

**I attempted to locate a place of employment and the most current information I was able to find was from 2006.** BTL, Inc., 5 **Palmer St., Greenville, RI 02828 with a phone number of (401) 231-1671.**

**I searched for currently registered vehicles and was only able to locate vehicles registered from 2003 to a P.O. Box and 12 Park View Dr. Chepachet, RI 02814.**

**This assignment was received on January 18*th*,** 2007. **I have been searching the Lewis's Security Numbers every 2 weeks and have not been able to locate any additional information.**

**At this point, my only suggestion would to Subpoena the information from the Bankruptcy attorney or simply ask for it. I have not attempted to contact him.**

**Previous Address:**

**PO Box 689 Chepachet, RI**
**02814**

**1378 Putnann Pike Chepachet,**
**RI 02814**

**PO Box 404 Greenville, RI**
**02828**

**5 Palrner St. 1 Greenville, RI**
**02828**

**We guarantee the above information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the FILING OFFICER and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.**

**Any questions please contact Jason P. Bobor at (312)625-0140**

r

**Jason P. Bobor**