**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JENNIFER VALYS

v. C.A. NO.:06-137S

GRETA COTTRELL

**DISMISSAL STIPULATION**

It is hereby stipulated by and between both parties to the above captioned matter that this case is DISMISSED WITH PREJUDICE and WITHOUT COST, INTEREST, or DISBURSEMENTS.

Dated: May 15, 2007

_/s/ Bennett J. Bergman___
Bennett J. Bergman, 5364
750 East Avenue
Pawtucket, RI 02860
(401) 723-1010
Fax: (401) 723-2020

/s/ Anthony Gianfrancesco______
Anthony Gianfrancesco, 2762
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434
Fax: (401) 351-9653